RECEIVED
OCT 13 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff's Name Keith H. Washington
Prisoner No. UME239
Institutional Address Santa Rita Jail
5325 Broder Blvd.
Dublin, California 94568

FILED
Oct 17 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Keith Harry Washington
(Enter your full name)
v.
1.) Alameda County Sheriff Office  2.) Aramark Corp.
3.) Sheriff (elect) Yesenia Sanchez
(Enter the full name(s) of all defendants in this action)

Case No. 22-cv-06122-HSG
(Provided by the clerk upon filing)

COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983 and 42 U.S.C. § 2000cc
(RLUIPA)

## I. Exhaustion of Administrative Remedies.

You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement Santa Rita Jail (Dublin, CA)

B. Is there a grievance procedure in this institution?  ☒ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why. (Kosher/Halal)

1. Informal appeal: Disposable Trays (22-3877 & 22-3947) Aramark Fails to Produce designated Food items For Kosher/Halal (22-4416)
Faulty Grievance Program (22-4121)

2. First formal level: Santa Rita Jail said they have (8-18-22) no Policy which mandates to provide disposable trays For their Halal Diet (Plaintiff contests this!)

3. Second formal level: Aramark stated they will do their best to accomodate. Plaintiff states this is FALSE! Meals still served on unsanitary Hard Plastic Trays.

4. Third formal level: N/A

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES   ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.
I raised all of my claims through grievances however - Santa Rita Jail has been with-holding specific Responses regarding deprivation of food!

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

N/A

B. For each defendant, provide full name, official position and place of employment.
1) Alameda County Sheriff Office (operates Santa Rita Jail)
2.) Aramark Corporation (Provides ALL Meals to inmates housed @ Santa Rita Jail, Operates Kitchen @ SRJ.
3.) Sheriff (elect) Yesenia Sanchez (Commander of Santa Rita Jail soon to be SHERIFF of Alameda County

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I arrived at Santa Rita Jail on March 21st, 2022 and immediately began requesting to be placed on the Kosher/Halal diet and was systematically denied Access to my Religious diet. (Have Grievances to prove this!)

On or around July 19th, 2022 I received my first Kosher/Halal meal from Aramark the Subcontractor in charge of the Meals at Santa Rita Jail. My meals have been delivered in unclean hard plastic trays which introduce the dynamic of Cross-Contamination into my Religious Meal - Thus spoiling the Sanctity of my Meal. Furthermore, my Religious Meal is regularly missing Portions by both weight and Volume Forcing me to choose between adequate nutrition and Following my Faith.
Alameda County Sheriff Deputies deliver the meals prepared by Aramark thus I show a part of their involvement. The Grievance Unit which is operated by Alameda County Sheriff Office and has been complicit in furthering the violations by Aramark by providing non sensical responses to grievances without any real resolution of issues. Defendant - Yesenia Sanchez is the Commander of the Jail and soon to be the new Sheriff in Alameda County.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Grant Emergency Preliminary Injunction. Grant & Order Declaratory and Injunctive Relief. Order Defendants to serve Kosher/Halal meals on clean disposable trays or specially designated Trays that are visibly discernible from non-religious trays. Order Aramark to provide All Portions. Order Investigation of Grievance Unit. Correctly!

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: October 9, 2022        Keith H. Wastyr - pro se
              Date                     Signature of Plaintiff