Keith H. Washington
PFN# UME239
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

Confidential
LEGAL
MAIL

OAKLAND CA 945
11 OCT 2022 PM 6 L

Case no. 22-cv-06122-HSG

Ronald V. Dellums Federal Building
& United States Courthouse
Attn: Clerk of Court
1301 Clay Street, Suite 400s
Oakland, California 94612

94612-521299



J. LOPEZ #2623

Confidential Legal Mail

SANTA RITA JAIL
5325 [illegible] RD.
DUBLIN, CA [illegible]