Keith H. Wash
PFN# UME239
Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

Case 4:22-cv-06122-HSG   Document 4-1   Filed 10/31/22   Page 1 of 2

OAKLAND CA 945

25 OCT 2022 PM 6 L

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY ADDRESSEE

**CLERK US DISTRICT COURT**
**1301 CLAY ST STE 400S**
**OAKLAND CA  94612-9771**

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

SANTA RITA JAIL
5325 BRODER BLVD.
DUBLIN, CA 94568