UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HARRY WASHINGTON,<br>        Plaintiff,<br>    v.<br>ALAMEDA COUNTY SHERIFF OFFICE, et al.,<br>        Defendants. | Case No. 22-cv-06122-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff, an inmate housed at Santa Rita County Jail, filed a *pro se* action pursuant to 42 U.S.C. § 1983. Plaintiff has since filed a request to voluntarily dismiss this action, which the Court construes as a request for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). Dkt. No. 8. Plaintiff also requests that the Court vacate the order granting leave to proceed *in forma pauperis* pursuant to this voluntarily dismissal. *See id.* Fed. R. Civ. P. 41(a)(1) provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, and that such dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1). Defendants have not yet been served in this action. Accordingly, Plaintiff's request for voluntary dismissal is GRANTED. ECF No. 8. With respect to Plaintiff's request that the Court's order granting *in forma pauperis* status be vacated, the Court presumes that Plaintiff is requesting that the Court vacate his obligation to pay the filing fee. The Court denies this request. The Court is required to assess filing fees whenever a civil action is initiated. 28 U.S.C § 1914. The Court may not excuse the obligation to pay filing fees once an action has been commenced.

//

//

1    This action is DISMISSED without prejudice.  The Clerk shall enter judgment against
2 Plaintiff and in favor of Defendants, and close the case.
3    **IT IS SO ORDERED.**
4 Dated:    7/28/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge