UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH HARRY WASHINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>ALAMEDA COUNTY SHERIFF OFFICE, et al.,<br><br>        Defendants. | Case No. 22-cv-06122-HSG<br><br>**JUDGMENT** |

The Court has DISMISSED this action without prejudice. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  7/28/2023

                                          *(signature)*
                                  HAYWOOD S. GILLIAM, JR.
                                  United States District Judge